Rockingham, ⎱
  Dec., 1899. ⎰

### DICKEY *v.* BOSTON & MAINE RAILROAD.

Whether a railroad crossing over a highway should be covered with snow to put it into a reasonably safe and convenient condition for public use is a question of fact.

CASE, for negligence. Facts agreed. The plaintiff's sled, while " set " upon a highway crossing of the defendants' railroad in consequence of the crossing being bare of snow, was run into by one of the defendants' trains and injured. If it was the duty of the defendants to keep the crossing covered with snow, the plaintiff is to have judgment.

*Daniel J. Daley*, for the plaintiff.

*Oliver E. Branch*, for the defendants.

CHASE, J. It was the duty of the defendants to keep the highway crossing in a reasonably safe and convenient condition for public use. P. S., *c.* 159, *s.* 1 ; *Concord* v. *Railroad*, 69 N. H. 87. Whether it should have been covered with snow to put it into such condition is a question of fact. *Boothby* v. *Railway*, 66 N. H. 342.

*Case discharged.*

All concurred.